REFERENCE: CASE #16-26-JJB-RLB

*Response to Motion to Dismiss*

May 10, 2016

To Whom It May Concern:

It saddens me that the Baton Rouge City Police Department and their attorney have not sent me any type of paperwork on the motion to dismiss my case "Delpit et al v. Baton Rouge City Police District 2".

I cannot believe the lies they come up with and Atty. Deelee S. Morris is helping them to try and dismiss my case. They have no cause to dismiss my case. I've done everything I was supposed to do as far as filing this case for myself and my son Dexter Delpit. I hand delivered Dexter's paperwork to the Clerk's office. I don't know how or why the defendants and their attorney are trying to sabotage my case against them.

I filed this complaint on January 13, 2016 and I was granted to proceed in forma pauperis. My son Dexter Delpit is also a plaintiff in this case. We were fully aware of the deadline and were most definitely not going to miss it. Your Honor, I don't know where or when it's alright for police officers to have the right to treat people like a piece of trash and beat one man and kick him in his back while the whole time he is handcuffed, punching him in the back of his head. It took seven (7) officers to manhandle and brutalize my son. That is what I call abuse - abuse from the people who are supposed to serve and protect.

The police officer that put his hands on me and pushed me to the floor inside my home - that's abuse. My son and I both suffered from physical, mental, and emotional abuse from the dark scars these police officers left in our minds. It seems like what they did is routine in their minds and their attorney's mind. That's just not right. We are human beings and have the right to be treated like humans.

You would have thought that someone had killed somebody the way these cops came to my house on January 16, 2015. No one resisted an officer with force while handcuffed. There was not battery of a police officer while handcuffed. There was no aggravated assault from me or my son, but I can't say the same for the police. There was no simple battery, but I can't say the same for the police. There was no public intimidation, but I can't say the same for the police. There

<u>**REFERENCE: CASE #16-26-JJB-RLB**</u>

was no threatening a public official. All the charges the police wrote up on Dexter Delpit are false charges. It's a crime to falsely accuse someone of crime that they didn't commit. I find it sad that these police officers use their badge to commit false charges on young black men and women in Baton Rouge, LA. I've seen this behavior happening all over the world and the police are finally being exposed.

They have been doing this for too long and getting away with this behavior. It saddens me that we, the hard working citizens, have to pay their salaries with our tax dollars and they (the police) are out here acting like criminals by abusing, harassing, racial profiling, and falsely accusing innocent citizens in this community.

Your Honor, I, Desiree Delpit, am medically disable. I have a herniated disc in my neck and my back. I had surgery on March 7, 2014 on my rotator-cuff right shoulder. When that police officer pushed me on the floor inside my home, he aggravated my shoulder and I've been in pain ever since. These police don't know what a person's condition is and it's obvious that they don't give a care. He had the nerve to push me again outside and I fell down for the second time.

The police handled this situation very unprofessional. They said they had a warrant for Dexter Delpit's arrest, but I didn't see a warrant. The police didn't talk to us. There were no questions answered or asked by the police. I pray that they pay for their wrong doing along with their attorney who is representing them. This attorney should be disbarred for covering up a lie for these corrupt police officers and the precinct should have consequences for not communicating with me at all the night of all of this drama. I waited to speak with someone over 3.5 hours and still no one ever took the time out to talk with me about what was going on with my son, not even the young lady at the front desk with her unacceptable attitude. This whole incident has me not having any trust in the police to serve and protect. They are just out to get whoever, whenever, or whatever. I was once told as a kid, "the police are always right, even when they're wrong". Well, every bit of this episode was and is wrong.

Desiree D. Delpit
2675 Iowa St.
B.R., LA 70802
225-284-2337

Case 3:-cv—JJB-RLB Response 5/12/2016

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DESIREE DELPIT, ET AL.

VERSUS

BATON ROUGE CITY POLICE, DIST.2,
ET AL.

CIVIL ACTION
NO. 3:16-CV-0026-JJB-RLB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE

I hereby certify that a copy of my response was this date emailed to Atty. Deelee S. Morris, Counsel of Record. I also hereby certify that a copy of my response was hand delivered to the United States District Court Middle District Clerk's Office at 777 Florida Street Baton Rouge, LA 70801 on this 12th day of May 2016.

/s/ Desiree' D. Delpit
DESIREE' D. DELPIT