

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DESIREE DELPIT, ET AL.**

**VERSUS**                                         **CIVIL ACTION**

**NO. 3:16-CV-0026-JJB-RLB**

**BATON ROUGE CITY POLICE**

**2ND DISTRICT, ET AL.**

........................................................................

### REQUEST FOR NOTICE AND ORDER OF DEPOSITION

Please take notice that Desiree Delpit and Dexter Delpit, Plaintiff's, Pro se (1857). In the above numbered and entitled action, would like to take the deposition of Defendants, BATON ROUGE CITY POLICE 2ND DISTRICT (CITY OF BATON ROUGE, EAST BATON ROUGE PARISH); 1.) Lieutenant Donald Kelly; 2.) Corporal Chase Ard; 3.) Officer Josh Kirst; 4.) Officer Josh Gullich; 5.) Officer Brandon Blackwell; 6.) Officer Geoffrey Wilkes; 7.) Officer Jory Guidry; 8.) Officer Kent Hagge; 9.) Lieutenant Stephen Chenevert; and 10.); Sergent Peggy Hardy, on oral examination, for all purposes, before a court reporter, authorized to administer oaths in and for the State of Louisiana, who is not counsel or attorney for any of the parties, nor a relative or employee of such counsel or parties, nor financially interested in this cause, before the deadline in this Civil Action. Plaintiff's pray that the courts at UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA, will serve subpoena's or through counsel without subpoena's, on all Defendants to testify as scheduled by the courts discretion before the deadline. Plaintiff's also pray that the Honorable Judge J.J. Brady and Honorable Judge R.L. Bourgeois, Jr., UNITED STATES MAGISTRATE JUDGES, will grant an

order, allowing the Plaintiff's to have the opportunity to depose the Defendants. And Plaintiff's humbly ask that the Warden at Elayn Hunt Correctional P.O. Box 174 St. Gabriel, La, 70776 or his designee shall initiate a video conference or in person. For later use in court or for discovery purposes. Fed. R. Civ. P. 30(b)(6) 1979

Fed. R. Civ. P. 30(b)(6)

RESPECTFILLY SUBMITTED;

*Desiree Delpit*

Desiree Delpit, ET AL. Plaintiff, Pro se 2675 Iowa St. Baton Rouge, LA 70802 (225) 284-2337

CERTIFICATE

I hereby certify that a copy of the foregoing has this day been emailed to Ms. Deelee Morris #28775 Assistant Parish Attorney email address dsmorris@brgov.com

And hand delivered to the UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

This 15 day of June, 2017

Desiree Duput
2675 Iowa St.
B.R., LA 70802
225-284-2337